2347660.1

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| REGIONS BANK, ) | |
| as Indenture Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08-CV-3294 BSM |
| ) | |
| COURTNEY SHEPPARD, ) | |
| HMNH, INC., ) | |
| UNION COUNTY, ARKANSAS, ) | |
| EUGENE BILO, JR. ) | |
| JOHN REYNOLDS, ) | |
| L. ANDREW SHEPPARD, and ) | |
| JAMES M. SHEPPARD ) | |
| ) | |
| Defendants. ) | |

_____

### ORDER GRANTING MOTION FOR ADMISSION OF JOHN C. TISHLER TO APPEAR *PRO HAC VICE*
_____

This matter having come before the Court pursuant to the Motion For Admission Of John C. Tishler To Appear *Pro Hac Vice*, and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED that John C. Tishler is granted admission *pro hac vice,* in this case and shall be permitted to participate as counsel in the action.

SO ORDERED on this 15th day of October, 2008.

*/s/ Brian S. Miller*
Honorable Brian S. Miller
United States District Judge