2347921.1

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| REGIONS BANK, as Indenture Trustee, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:08-CV-3294 BSM ) |
| COURTNEY SHEPPARD, HMNH, INC., UNION COUNTY, ARKANSAS, EUGENE BILO, JR. JOHN REYNOLDS, L. ANDREW SHEPPARD, and JAMES M. SHEPPARD | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### ORDER GRANTING MOTION FOR ADMISSION OF KATIE G. STENBERG TO APPEAR *PRO HAC VICE*

This matter having come before the Court pursuant to the Motion For Admission Of Katie G. Stenberg To Appear *Pro Hac Vice*, and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED that Katie G. Stenberg is granted admission *pro hac vice,* in this case and shall be permitted to participate as counsel in the action.

SO ORDERED on this 15th day of October, 2008.

_____
Honorable Brian S. Miller
United States District Judge