**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| REGIONS BANK,<br>as Indenture Trustee,<br><br>    Plaintiff,<br><br>v.<br><br>COURTNEY SHEPPARD,<br>HMNH, INC.,<br>UNION COUNTY, ARKANSAS,<br>EUGENE BILO, JR.<br>JOHN REYNOLDS,<br>L. ANDREW SHEPPARD, and<br>JAMES M. SHEPPARD<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Case No. 4:08-CV-3294 BSM<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

---

ORDER GRANTING MOTION FOR ADMISSION OF AMES DAVIS TO APPEAR *PRO HAC VICE*

---

This matter having come before the Court pursuant to the Motion For Admission Of Ames Davis To Appear *Pro Hac Vice* [Doc. #17], and the Court having been fully advised in the premises,

IT IS HEREBY ORDERED that Ames Davis is granted admission *pro hac vice,* in this case and shall be permitted to participate as counsel in the action.

DONE AND ORDERED on this 24th day of November 2008.

_____
United States District Court Judge