# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

**REGIONS BANK,**                                                    **PLAINTIFF**
**as Indenture Trustee**

**v.**                              **Case No. 4:08cv3294 BSM**

**COURTNEY SHEPPARD;**                                      **DEFENDANTS**
**HMNH, INC.;**
**UNION COUNTY ARKANSAS;**
**EUGENE BILO, JR.;**
**JOHN REYNOLDS;**
**L. ANDREW SHEPPARD; and**
**JAMES M. SHEPPARD**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

As evidenced by the signatures of their respective attorneys of record hereto, all parties who have appeared in this action having stipulated that plaintiff Regions Bank has been replaced as Indenture Trustee by First Security Bank, agree that this action should be dismissed without prejudice.

Accordingly, this case is dismissed without prejudice.

IT IS SO ORDERED this 17th day of September, 2009.

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:


s/Ames Davis
John S. Tishler (TN BPR No. 13441)
Ames Davis (TN BPR No. 03826)
Katie G. Stenberg (TN BPR No. 22301)
WALLER LANSDEN DORTCH & DAVIS, LLP
Nashville City Center
511 Union Street, Suite 2700
Post Office Box 198966
Nashville, Tennessee  37219-8966
Telephone:    (615) 244-6380
Facsimile:     (615) 244-6804
Email: john.tishler@wallerlaw.com
        ames.davis@wallerlaw.com
        katie.stenberg@wallerlaw.com

*Attorneys for Plaintiff Regions Bank*


s/Thomas B. Staley
Thomas B. Staley
ROBINSON, STALEY, MARSHALL & DUKE, P.A.
400 West Capitol Avenue, Suite 2891
Little Rock, Arkansas  72201-3463
Telephone:    (501) 374-3818
Facsimile:     (501) 376-2800
Email: tstaley@rsmd.com

*Attorneys for Defendants Courtney Sheppard, HMNH, Inc.,*
*Eugene Bilo, Jr., John Reynolds, L. Andrews Sheppard,*
*and James M. Sheppard*


s/Robin J. Carroll
Robin J. Carroll
Prosecuting Attorney
Thirteenth Judicial District
Suite 114
307 American Road
El Dorado, Arkansas  71730
Email: rcarroll@arkprosecutor13.com

*Attorneys for Defendant Union County, Arkansas*